No. 73–822. FRY ET AL. *v.* UNITED STATES. Temp. Emerg. Ct. App. [Certiorari granted, 415 U. S. 912.] Consideration of motion to dismiss writ of certiorari deferred to hearing of case on the merits.

No. 73–1210. INTERSTATE COMMERCE COMMISSION *v.* OREGON PACIFIC INDUSTRIES, INC., ET AL. Appeal from D. C. Ore. [Probable jurisdiction noted, 416 U. S. 968.] Motion of Western Railroad Traffic Assn. for leave to file a brief as *amicus curiae* granted.

No. 73–1766. UNITED STATES *v.* NIXON, PRESIDENT OF THE UNITED STATES, ET AL. [Certiorari granted, 417 U. S. 927]; and

No. 73–1834. NIXON, PRESIDENT OF THE UNITED STATES *v.* UNITED STATES. Petition for certiorari before judgment by C. A. D. C. Cir. [Certiorari granted, 417 U. S. 960.] Consideration of motion of counsel for the President for disclosure and transmittal of grand jury matters deferred to hearing of cases on the merits. MR. JUSTICE REHNQUIST took no part in the consideration of this matter.

No. 73–1346. McLUCAS, SECRETARY OF THE AIR FORCE, ET AL. *v.* DECHAMPLAIN. Appeal from D. C. D. C. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 73–324. CLASS OF COUNTY CLERKS AND REGISTRARS OF VOTERS OF CALIFORNIA *v.* RAMIREZ ET AL. Sup. Ct. Cal. Certiorari denied.